

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

ORIGINAL

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 9, 2007

**By Facsimile**

The Honorable Gorenstein
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Unsealing of Indictment 06 Cr. 489

Dear Judge Gorenstein:

    The Government respectfully submits this letter to request that the above-captioned indictment and arrest warrant be unsealed. The defendant was arrested on or about April 9, 2007.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

        By: _____
              W.S. Wilson Leung
              Assistant United States Attorney
APR 0 9 2007       (212) 637-2401

SO ORDERED:

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 9 2007

TOTAL P.002