U.S. Department of Justice



*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2007

**By Facsimile**

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Xian Bao Lin
     06 Cr. 489 (RPP)

Dear Judge Patterson:

  The Government respectfully submits this letter on behalf of Christopher Flood, Esq., counsel to the defendant, to request an adjournment of the 4:00 pm June 11, 2007 conference in the above-captioned matter. Mr. Flood has advised the Government that he had an unexpected conflict that required him to be out of town. The Government has no objection to this request.

  Should the Court grant this request, the parties would respectfully suggest a new date during the week of June 25, 2007, subject to the Court's availability. Furthermore, should the adjournment be granted, the Government would ask that time be excluded under the Speedy Trial Act until the new date in the interests of justice to ensure the availability of counsel. Mr. Flood has consented to this request for exclusion.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

                              By:   _____
                                    W.S. Wilson Leung
                                    Assistant United States Attorney
                                    (212) 637-2401

Cc: Christopher Flood, Esq.

*SEE TYPEWRITTEN MEMO*
*ENDORSEMENT ATTACHED*

Case:      United States v. Xian Bao Lin
Index No.  06 Cr. 489 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted in part. Conference adjourned to July 6, 2007 at 9:30 a.m. The Court will not be available 6/25/07. Time is excluded in the interest of justice until 7/6/07.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 6/8/07*