# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

August 20, 2007


RECEIVED
AUG 21 2007
CHAMBERS OF
JUDGE ROBT. P. PATTERSON

By Hand and Fax
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

Re:   United States v. Xian Bao Lin
      06 Cr. 489 (RPP)

Dear Judge Patterson:

   With the consent of the government, I write on behalf of my client, Xian Bao Lin, to request a one-week adjournment of the upcoming status conference in the above-captioned case, currently scheduled for August 21, 2007, at 4 p.m.

   The volume of discovery in this case, and the language barriers between counsel and Mr. Lin have combined to delay the progress of pretrial negotiations with the government. There remains the possibility that the parties can reach a disposition of this case short of trial, and we ask that the status conference be delayed by one week so that, should an agreement be reached, a plea may be entered on that date.

   The defense requests to exclude time from any speedy trial calculation until the date to which the conference is adjourned.

   If necessary for any reason, I can be reached directly at (212) 417-8761.

Respectfully submitted,

Christopher Flood
Assistant Federal Defender

**MEMO ENDORSED**
Application granted. Conference adjourned to 8/28/07 at 4pm. So ordered.
Robert P. Patterson USDJ
8/21/07

cc:   AUSA Wai Shun Wilson Leung (by facsimile)