# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

XIAN BAO LIN,          Defendant.

Docket Number **06 CR. 489(RPP)**

HONORABLE ROBERT P. PATTERSON
(District Court Judge)

Notice is hereby given that **the defendant XIAN BAO LIN** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] ; order [ ] ; other [ ] : _____
(specify)

entered in this action on **02/13/08**
(date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ] ;   sentence only [ ] ;   conviction and sentence [✓]

Date: **February 21, 2008**

TO:  WILSON LEUNG, ESQ.
     AUSA
     ONE ST. ANDREW'S PLAZA
     NEW YORK, NY 10007

     XIAN BAO LIN
     REG. NO. 15388-006
     MCC

ADD ADDTIONAL PAGE IF NECESSARY
(TO BE COMPLETED BY ATTORNEY)

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

TRANSCRIPT INFORMATION - FORM B

## ►QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
   [ ] Daily copy is available
   [ ] U.S. Attorney has placed order
   [ ] Other  Attach explanation

## ►TRANSCRIPT ORDER

Prepare transcript of        Dates
[✓] Pre-trial proceedings  11/13/07
[ ] Trial
[✓] Sentence               2/13/08
[ ] Post-trial proceedings

► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ► Method of payment [ ] Funds  [ ] CJA Form 24

ATTORNEY'S signature  **MARK B. GOMBINER, ESQ.**
*/s/ Mark B. Gombiner*

DATE **2/21/08**

## ►COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
                                        (Court Reporter)

COPY 1 - ORIGINAL